UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

MARCIAL E. ROBIOU and                    CASE NO.: 15-26944-BKC-AJC
ISMENIA A. ROBIOU
                                         CHAPTER 7
         Debtors.
_____/

NOTICE OF TAKING RULE 2004 EXAMINATION AND
REQUEST FOR PRODUCTION OF DOCUMENTS

**TO:**   Marcial E. Robiou
         Ismenia A. Robiou
         7110 NW 179 Street
         Apt. 112
         Hialeah, Florida 33015

         c/o Robert Sanchez, Esq.
         355 West 49th Street
         Hialeah, Florida 33012

**PLEASE TAKE NOTICE THAT**, Soneet Kapila, Chapter 7 Trustee, by and through undersigned counsel, will examine the following person(s) under oath, at the following date, time and location:

   **EXAMINEE:**   Marcial E. Robiou and Ismenia Robiou

   **DATE:**       March 31, 2016

   **TIME:**       10:00 a.m.

   **LOCATION:**   Alexander + Somodevilla, PLLC
                   2 S. Biscayne Boulevard, Suite 2300
                   Miami, Florida 33131

The examination will be taken under oath for the purpose of discovery or as evidence, or both, pursuant to Rule 2004, Fed. R. Civ. P., and Local Rule 2004-1, before an officer authorized to administer oaths and record testimony. Pursuant to Local Rule 2004-1(A) no order shall be necessary.

The examination may continue day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

If the Examinee requires an interpreter, it is the examinee's responsibility to engage the employment of such interpreter to be present at the examination.

The examinee is further directed to produce pursuant to Rules 2004(c), 7034, 9016, Fed. R. Civ. P., and Local Rule 2004-1(B), all of the documents described on the attached Schedule "A" for inspection and copying at the following date, time, and location:

| | |
|---|---|
| **DATE:** | **March 28, 2016** |
| **TIME:** | **12:00 p.m.** |
| **LOCATION:** | **Alexander + Somodevilla, PLLC**<br>**2 S. Biscayne Boulevard, Suite 2300**<br>**Miami, Florida 33131** |

Dated: March 14, 2016

       **ALEXANDER + SOMODEVILLA, PLLC**
       *Attorney to Chapter 7 Trustee, Soneet Kapila*
       2 S. Biscayne Boulevard
       Suite 2300
       Miami, Florida 33131
       Telephone: (305) 894-6163
       Facsimile: (305) 503-9447

       By: ____*/s/ Ido J. Alexander*_____
           IDO J. ALEXANDER, ESQ.
           Florida Bar No.: 51892
           E-mail: ialexander@aslawpllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been served this 14th day of March, 2016 by Notice of Electronic Filing to all parties and counsel registered with the CM/ECF system, and via U.S. Mail as indicated on the attached Service List.

                           /s/ *Ido J. Alexander*_____
                           IDO J. ALEXANDER, ESQ.

## SERVICE LIST

Marcial E. Robiou
Ismenia A. Robiou
7110 NW 179 Street
Apt. 112
Hialeah, Florida 33015

and

Robert Sanchez, Esq.
355 West 49th Street
Hialeah, Florida 33012
JBlanco@bankruptcyclinic.com
Court@BankruptcyClinic.com
*Via CM/ECF*

## SCHEDULE "A"

The witness is requested and directed to produce for inspection and copying the items and documents described below. The witness is further directed and requested to observe and follow the instructions and definitions in connection with this request for production:

### Definitions and Instructions

1. The term "document" includes, but is not limited to, the original (and any copy of the original which contains additional writing thereon or attached thereto) or memoranda, reports, books, manuals, plan specifications, scheduling charts, instructions, financial reports, working papers, records, notes, letters, notices, confirmations, telegrams, receipts, appraisals, pamphlets, magazines, newspapers, prospects, interoffice and intra office communications, contracts, cables, notations of any sort of conversation, telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, invoices, transcripts, diaries, analysis, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, work sheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes and amendments of any of the foregoing, graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graph, microfiche, microfilm, videotape, recordings and motion pictures), electronic, mechanical and electric records or presentations of any kind (including, without limitation, tapes, cassettes, disks and recordings) and other written, printed, typed or other graphic or recorded matter of any kind or nature, however produced or reproduced, and whether preserved in writing, phone record, film, tape or videotape. **To the extent available, all documents should be provided in PDF and/or other electronic format.**

2. The terms "debtors," "you," or "your" means Marcial E. Robiou and Ismenia A. Robiou, including, but not limited to, your agents, employees or other servants, attorneys, representatives of any kind, and any other person or entity acting on your behalf or for your benefit.

3. Whenever any company or partnership is used or referred to herein, that entity includes:

    a. All predecessors, successors, subsidiaries, parents or affiliates of the named company or partnership;

    b. All officers, directors, partners, agents and employees of the named company or partnership; and

    c. All officers, directors partners, agents and employees of any predecessor, successor, subsidiary, parent or affiliate of the named company or partnership.

4. The terms "Petition Date" means the date that you filed your bankruptcy petition on October 29, 2015.

5. If you withhold any documents requested herein on grounds of privilege, you are asked to identify each of those documents by date, author, address(es) or recipient(s), chain of custody, file and controller of file in which found (or specific location of document, if not contained in any file), nature of the privilege being asserted and general description.

**Requests for Production of Documents**

Please produce the following documents:

*Tax Returns*

1. All income tax returns, along with all attached schedules, that you have filed or were drafted during the past four (4) years.

2. All intangible tax returns, along with all attached schedules, that you have filed or were drafted during the past four (4) years.

3. All partnership tax returns, along with all attached schedules, that you have filed or were drafted during the past four (4) years.

4. Any other tax returns filed or drafted during past four (4) tax years for any business, corporation, or joint venture in which you have or had an interest, including without limitation, those entities detailed in paragraphs 33-35, below.

*Income*

5. All W2, 1099, or other forms evidencing all income you have received during the past four (4) years, including any and all statements pertaining to royalties received.

6. All paystubs or paychecks you have received during the past six (6) months.

*Financial Statements and Banking Records*

7. All financial statements that you submitted to any financial institution within the past four (4) years.

8. All loan applications that you submitted to any financial institution within the past four (4) years.

9. All applications to open accounts at any financial institute within the past four (4) years.

10. All records concerning any checking account in your name or in which you have power to withdraw funds or sign checks (including entities listed under paragraphs 33-35, below) within the past four (4) years including but not limited to check books, checks, check registers, cancelled checks, deposit slips, withdrawals, and bank statements.

11. All records concerning any savings account in your name or in which you have power to withdraw funds or sign checks (including entities listed under paragraphs 33-35, below) within the past four (4) years including but not limited to check books, checks, check registers, cancelled checks, deposit slips, withdrawals, and bank statements.

12. All records concerning any money market account in your name or in which you have power to withdraw funds or sign checks (including entities listed under paragraphs 33-35, below) within the past four (4) years including but not limited to check books, checks, check registers, cancelled checks, deposit slips, withdrawals, and bank statements.

13. All records concerning any certificates of deposit which you owned or have had any interest (including entities listed under paragraphs 33-35, below) whatsoever within the past four (4) years.

14. All records concerning any investment, stock, or brokerage accounts through which you traded, sold, or purchased stock and other investments, within the past four (4) years.

15. All records concerning any corporate securities (stocks or bonds) owned personally by you or in which you have any interest whatsoever or any other evidence of that interest during the past four (4) years.

16. Receipt for the rental of any safety deposit box within the past four (4) years.

17. List of contents of any safety deposit box that you own or in which you have placed property you own.

*Estates*

18. All wills or trusts under which you are or were a beneficiary including any distributions received by you.

*Assets*

19. Deeds, leases, mortgages, monthly mortgage statements, annual tax bill or other written instruments evidencing any interest or ownership of real property of any kind, vacant or improved, that you have or had at any time within the four (4) years preceding the Petition Date, including but not limited to the following:

    - 138 Highland Avenue Newark, NJ 07104
    - Timeshare located on Hilton Head Island, Beaufort County, South Carolina.

20. Title certificates, registration statements, or lease/rental agreements for any and all motor vehicles, aircraft, or vessels in which you have any interest direct or contingent within the past four (4) years.

21. All documents pertaining to loans and/or security interest in any and all vehicles, aircraft, or vessel described in any of the foregoing paragraphs.

22. All documents documenting the sale, rental, or lease of the properties described in paragraphs 19 through 20 above, including but not limited to rental agreements, invoices, rent roll, cancelled checks and receipts within the past four (4) years.

23. All documents documenting any and all improvements made on the properties described in paragraphs 19 through 20 above, including but not limited to contracts, invoices, cancelled checks and receipts within the past four (4) years.

24. Copies of any documents in which you are named as mortgagee or mortgagor.

25. List of all jewelry (including watches, wedding bands, and engagement rings) you own or in which you have or had an interest in the past four (4) years and all appraisals for such jewelry.

*Insurance*

26. All insurance policies insuring the property described in paragraphs 19 through 24 above including but not limited to declaration pages, premium statements, claims made, and money received.

27. All records related to any claims that you have made or might be entitled to make under the insurance policies described in paragraph 26.

28. All insurance policies on your life including but not limited to premium statements or loans taken.

29. All insurance policies on the life of another for which you are or were a beneficiary including any death benefit received by you.

*Lawsuits*

30. All records concerning any lawsuits to which you are a party.

31. All records concerning any claims or causes of action that you might be entitled to pursue against third parties.

32. All records concerning any claims or causes of action that third parties might be entitled to pursue against you.

*Businesses*

33. Articles of Incorporation of any corporation in which you own or owned within the past four (4) years an interest in excess of five (5%) percent.

34. Articles of Organization of any company in which you own or owned within the past four (4) years an interest in excess of five (5%) percent.

35. Articles of Partnership of any partnership which you own or owned within the past four (4) years an interest in excess of five (5%) percent.

36. All stock certificates, membership interest certificates, or any other document reflecting your ownership of any business including but not limited to those described in paragraphs 33 through 35 above.

37. Any and all balance sheets and other financial statements including but not limited to profit and loss statements, income statements, accounts receivable ledgers, accounts payable ledgers, and tax filings, for all of the businesses described in paragraphs 33 through 35, for the four year period preceding the Petition Date.

38. List of businesses to which you are or have been indebted during the past four (4) years.

39. List of businesses which are or have been indebted to you during the past four (4) years.

40. Inventory, equipment, or hard asset records related to the businesses described in paragraphs 33 through 35, for the four year period preceding the Petition Date.

41. Any and all documents pertaining to the sale of assets outside of the normal course of business, by any of the entities listed in paragraphs 33 through 35, for the four year period preceding the Petition Date.

*Liabilities and Security*

42. Copies of any financing statements which have been filed under your name or under the name of any business with which you may be associated during the past four (4) years.

43. Copies of any security interest for any goods or products of any type in which your name or under the name of any business with which you may be associated appears as a secured party.

44. Copies of any and all credit card statements of cards for the past one (1) year on which are in your name, the name of any entity in which you have an interest, or on which you are an authorized user.

45. All correspondence, promissory notes, loans, contracts, invoices, demands or other writings which show or document any monies owed to you by any other person.

46. All correspondence, promissory notes, loans, contracts, invoices, demands or other writings which show or document any monies owned by you to any other person.

*Residency*

47. Copy of your driver's license

*Miscellaneous Items*

48.Copy of your chexsystems.com report. Go to https://www.consumerdebit.com/consumerinfo/us/en/chexsystems/report/index.htm .

49.Pictures of any and all household goods and furnishings and jewelry, listed on Schedule B of your bankruptcy schedules.

50.Copies of your credit reports.

51.Appraisal of the 2003 Toyota Avalon and 1997 Toyota T100 performed within thirty (30) days of the 2004 Examination.